■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JACINTO MARINO, Appellant. — Appeal by defendant from a judgment of the County Court, Suffolk County (Rohl, J.), rendered July 2, 1981, convicting him of attempted criminal sale of a controlled substance in the fifth degree, upon a jury verdict, and imposing sentence. Judgment affirmed. We have examined the record on appeal and find that the arguments made are without merit, and, accordingly, we affirm. Mangano, J. P., Gibbons, Thompson and Rubin, JJ., concur.